In the Matter of the Claim of NORA CLARKSON, Respondent, against J. J. SCHMUKLER and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Claimant injured her foot. The injury lighted up a dormant diabetic condition which caused gangrene, necessitating the amputation of her right leg. The same infection caused total blindness. The Board was justified in excusing the delay in giving notice of injury and notice of claim. Award modified by directing that payments continue during disability rather than " for the remainder of her life." Award as so modified is unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of AUGUST LINKENS, Respondent, against TIDE WATER OIL SALES CORP. and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— The wage rate is the only question raised. Claimant had worked for the employer six weeks, at $25 a week; his wages for the other forty-six weeks were $38 a week, making his total annual earnings $1,928, or $37.08 a week, which represents his total earnings. The award was for one-third of that amount, or $12.36 a week. Award modified by fixing the wage rate at $37.08 per week, and as so modified unanimously affirmed, without costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.